UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

   v.

WASHINGTON,

          Defendant.

Case No. 3:02-cr-00169-SI-1

**ORDER FOR MEDICAL EXAMINATION AND RELEASE OF MEDICAL RECORDS**

Prior to his next court appearance on April 10, 2015, the United States Marshal Service and/or correctional facility housing Mr. Marvin Washington is directed to arrange for him to receive a medical examination to determine the extent, cause and proposed treatment plan for his back injuries.

After examination, the United States Marshal Service is to produce any medical records generated from examination of Mr. Washington to Court, counsel and the Unites States Probation Office prior to his next court appearance on April 10, 2015.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
SUSAN ILLSTON
United States District Judge